# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THIRD PARTY VERIFICATION, INC.,**

                **Plaintiff,**

**-vs-**                                  **Case No.  6:06-cv-415-Orl-22DAB**

**SIGNATURELINK, INC., and
CATTLEDRIVER, L.L.C.,**

                **Defendants.**

_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO STRIKE UNAUTHENTICATED EXHIBITS (Doc. No. 43)** |
| **FILED:** | October 12, 2006 |

**THEREON** it is **ORDERED** that the motion is **DENIED** and Defendants are granted leave to file a second amended counterclaim within 11 days of the date of this Order.

      Plaintiff filed suit seeking a declaratory judgment of invalidity or noninfringment of Defendants' alleged copyrights and Defendants Cattle Driver and SignatureLink counterclaimed for copyright infringement and misappropriation of their electronic signature technology.  Doc. No. 1, 27.  Plaintiff served its Motion to Dismiss Defendants' Amended Counterclaim, arguing that SignatureLink does not own an interest in the disputed copyright.  Doc. No. 32. Defendants filed their Response in Opposition on October 6, 2006 (Doc. No. 39), attaching two unauthenticated exhibits

relating to an assignment of ownership of the copyright from Cattle Driver to SignatureLink. Plaintiff contends that, because it is making a facial attack to SignatureLink's lack of standing to pursue the counterclaim for copyright infringement, the exhibits are improper and should be stricken.

The crux of Plaintiff's argument for striking Defendants' exhibits really goes to the merits of whether SignatureLink has any interest in the copyright as owner or assignee, and this issue is not properly decided or curtailed by striking exhibits. According to Defendants' Response to the Motion, they intend to file a second amended counterclaim with an executed assignment (*see* Doc. No. 39 at 3-4), which will moot the Motion to Strike as well as the Motion to Dismiss.

For the sake of judicial efficiency, it is **ORDERED** that the Motion to Strike is **DENIED** and the Defendants are given leave to amend their counterclaim within 11 days of the date of this Order in order to clarify the assignment from CattleDriver to SignatureLink.

**DONE** and **ORDERED** in Orlando, Florida on October 31, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-