**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THIRD PARTY VERIFICATION, INC.,**

         **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-415-Orl-22DAB**

**SIGNATURELINK, INC.,**
**CATTLEDRIVER, L.L.C., and DAVID**
**LISCUM,**

         **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR ORDER DIRECTING DEFENDANT TO PROVIDE DEFINITION OF COPYRIGHTED COMPUTER CODE AND/OR FOR PRELIMINARY PRETRIAL STATUS CONFERENCE (Doc. No. 83)** |
| **FILED:** | **April 27, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot in light of this Court's Order entered on May 1, 2007 disposing of the discovery issues concerning the copyright registration.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT OR TO LIMIT OR BAR TESTIMONY BASED ON EXPERT REPORT (Doc. No. 84)** |
| **FILED:** | **April 30, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on May 2, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record