# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THIRD PARTY VERIFICATION, INC.,**

        **Plaintiff,**

**-vs-**                                   **Case No.  6:06-cv-415-Orl-22DAB**

**SIGNATURELINK, INC.,**
**CATTLEDRIVER, L.L.C., and DAVID**
**LISCUM,**

        **Defendants.**
_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' RENEWED MOTION FOR PROTECTIVE ORDER AND/OR [SECOND] MOTION FOR CLARIFICATION [AND RECONSIDERATION] OF MAY 2, 2007 ORDER (Doc. No. 98)** |
| **FILED:** | **May 17, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED**. No clarification is necessary. The May 2, 2007 Order speaks for itself; Defendants' objections to Plaintiff's discovery were untimely and are waived. Doc. No. 89 at 4. If Defendants are dissatisfied with the discovery responses from Plaintiff, they can file a Motion to Compel.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM REGARDING DEFENDANTS' MOTION FOR RECONSIDERATION AND/OR ENLARGEMENT OF DEFENDANTS' REVISED EXPERT REPORT AND DISCOVERY DEADLINES (Doc. No. 99)** |
| **FILED:** | **May 17, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED as unnecessary**.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2007.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record