**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THIRD PARTY VERIFICATION, INC.,**

        **Plaintiff,**

**-vs-**                                               **Case No. 6:06-cv-415-Orl-22DAB**

**SIGNATURELINK, INC.,**
**CATTLEDRIVER, L.L.C., and DAVID**
**LISCUM,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendant David Liscum's Motion to Dismiss Counts II Through VI of Plaintiff's First Amended Complaint (Doc. No. 52), on Defendant Signaturelink, Inc.'s Motion to Dismiss Counts II Through VI of Plaintiff's First Amended Complaint (Doc. No. 53), and on Plaintiff's Motion to Dismiss Counts II and III of Defendant's Second Amended Counterclaim (Doc. No. 59).

The United States Magistrate Judge has submitted a report recommending that all motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 23, 2007 (Doc. No. 103) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant David Liscum's Motion to Dismiss Counts II Through VI of Plaintiff's First Amended Complaint (Doc. No. 52) is DENIED.

3. Defendant Signaturelink, Inc.'s Motion to Dismiss Counts II Through VI of Plaintiff's First Amended Complaint (Doc. No. 53) is DENIED.

4. Plaintiff's Motion to Dismiss Counts II and III of Defendant's Second Amended Counterclaim (Doc. No. 59) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 15, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party